```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

LAWRENCE PAULTICE WILLIAMS,     :
(# 195842)                      :
    Petitioner              :
                                :
vs.                             :     CIVIL ACTION 14-0578-WS-B
                                :
JAMES REYNOLDS,                 :
    Respondent.             :

### ORDER

After due and proper consideration of all portions of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Williams' Motion to Vacate, Set Aside, Or Correct Sentence under § 2254 (Doc. 1) be **DENIED** and that Williams is not entitled to the issuance of a Certificate of Appealability or to proceed *in forma pauperis* on appeal.

**DONE** this 6th day of March, 2017.

                          **s/WILLIAM H. STEELE**
                          **UNITED STATES DISTRICT JUDGE**