```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

LAWRENCE PAULTICE WILLIAMS,  :
(# 195842)                   :
    Petitioner           :
                                                         :
vs.                          :          CIVIL ACTION 14-0578-WS-B
                                                         :
JAMES REYNOLDS,              :
       Respondent.          :

## **JUDGMENT**

      In accordance with the Order entered on this date, it is **ORDERED, ADJUDGED,** and **DECREED** that Williams' Motion to Vacate, Set Aside Or Correct Sentence under § 2254 (Doc. 1) be DENIED and that Williams is not entitled to the issuance of a Certificate of Appealability or to proceed *in forma paurperis* on appeal.

      **DONE** this 6th day of March, 2017.


                                          **s/WILLIAM H. STEELE**
                                          **UNITED STATES DISTRICT JUDGE**